**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| GPNE CORP.,<br><br>      Plaintiff,<br><br>v.<br><br>RESEARCH IN MOTION LIMITED and RESEARCH IN MOTION CORPORATION,<br><br>      Defendants. | Civil Action No. 3:12-cv-01658-K |

**JOINT MOTION TO STAY ALL DEADLINES**

Plaintiff GPNE Corp. ("GPNE") and Defendants Research In Motion Limited and Research In Motion Corporation (collectively, "RIM") file this Joint Motion to Stay All Deadlines and would show the Court as follows:

1) GPNE and RIM have reached an agreement that resolves all claims asserted by GPNE against RIM, and all counterclaims asserted by RIM against GPNE in the above-entitled and numbered action.

2) Upon the completion of certain settlement terms, the parties intend to file a motion to dismiss with prejudice, which is expected in the next 35 days.

WHEREFORE, PREMISES CONSIDERED, GPNE and RIM request that the Court enter the attached order staying all pending deadlines between GPNE and RIM.

Date: January 30, 2013

Respectfully Submitted,

/s/ Steven W. Hartsell
Barry J. Bumgardner
Lead Attorney
Texas State Bar No. 24041918

/s/ Mark Matuschak
Leon Carter
CARTER STAFFORD ARNETT HAMADA & MOCKLER, PLLC

| | |
|---|---|
| Steven W. Hartsell<br>Texas State Bar No. 24040199<br>NELSON BUMGARDNER CASTO, P.C.<br>3131 West 7th Street, Suite 300<br>Fort Worth, Texas 76107<br>Phone: (817) 377-9111<br>Fax: (817) 377-3485<br>barry@nbclaw.net<br>shartsell@nbclaw.net<br><br>Paul T. Muniz (*Pro Hac Vice*)<br>Zachary R. Gates (*Pro Hac Vice*)<br>BURNS & LEVINSON LLP<br>125 Summer Street<br>Boston, Massachusetts 02110-1624<br>Tel. No.: (617) 345-3000<br>Fax No.: (617) 345-3299<br>pmuniz@burnlev.com<br>zgates@burnslev.com<br><br>**Attorneys for Plaintiff**<br>**GPNE Corp.** | Campbell Centre II<br>8150 N. Central Expressway<br>Suite 1950<br>Dallas, Texas 75206<br>Phone: (214) 550-8188<br>Fax: (214) 550-8185<br>lcarter@carterstafford.com<br><br>Mark Matuschak (*Pro Hac Vice*)<br>Wendy Verlander (*Pro Hac Vice*)<br>WILLIAM CUTLER PICKERING<br>HALE & DORR LLP<br>60 State Street<br>Boston, Massachusetts 02109<br>Phone: (617) 526-6000<br>Fax: (617) 526-5000<br>mark.matuschak@wilmerhale.com<br>wendy.verlander@wilmerhale.com<br><br>Andrew B. Grossman (*Pro Hac Vice*)<br>Michael D. Jay (*Pro Hac Vice*)<br>Timothy B. Yoo (*Pro Hac Vice*)<br>WILLIAM CUTLER PICKERING<br>HALE & DORR LLP<br>Los Angeles, California<br>Phone: (213) 443-5300<br>Fax: (213) 443-5400<br>andrew.grossman@wilmerhale.com<br>michael.jay@wilmerhale.com<br>timothy.yoo@wilmerhale.com<br><br>**Attorneys for Defendants**<br>**Research in Motion Limited and**<br>**Research in Motion Corporation** |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of January, 2013, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, Dallas Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ Steven W. Hartsell