IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GPNE CORP., <br><br> Plaintiff, <br><br> v. <br><br> RESEARCH IN MOTION LIMITED and RESEARCH IN MOTION CORPORATION, <br><br> Defendants. | Cause No. 3:12-CV-01658-K |

**JOINT MOTION TO DISMISS WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 4l(a)(2) and a confidential License and Settlement Agreement, Plaintiff GPNE, and Defendants Research In Motion Limited and Research In Motion Corporation hereby move the Court to dismiss with prejudice all claims and counterclaims asserted by either party in this case. GPNE on the one hand, and Research In Motion Limited and Research In Motion Corporation on the other hand, agree that each party shall bear their own fees and expenses.

A proposed order is being filed herewith.

Date: March 11, 2013

Respectfully submitted,

/s/ Steven W. Hartsell
Barry J. Bumgardner (SBN 24041918)
Steven W. Hartsell (SBN 24040199)
NELSON BUMGARDNER CASTO, P.C.
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
Phone: (817) 377-9111
Fax: (817) 377-3485
barry@nbclaw.net
shartsell@nbclaw.net

/s/ E. Leon Carter
E. Leon Carter (SBN 03914300)
CARTER STAFFORD ARNETT
HAMADA & MOCKLER, PLLC
Campbell Centre II
8150 N. Central Expressway, Suite 1950
Dallas, Texas 75206
Phone: (214) 550-8188
Fax: (214) 550-8185
lcarter@carterstafford.com

Paul T. Muniz (*Pro Hac Vice*)
Zachary R. Gates (*Pro Hac Vice*)
BURNS & LEVINSON LLP
125 Summer Street
Boston, Massachusetts 02110-1624
Phone: (617) 345-3000
Fax: (617) 345-3299
pmuniz@burnlev.com
zgates@burnslev.com

**Attorneys for Plaintiff**
**GPNE Corp.**

Mark Matuschak (*Pro Hac Vice*)
Wendy Verlander (*Pro Hac Vice*)
WILMER CUTLER PICKERING
HALE & DORR LLP
60 State Street
Boston, Massachusetts 02109
Phone: (617) 526-6000
Fax: (617) 526-5000
mark.matuschak@wilmerhale.com
wendy.verlander@wilmerhale.com

Andrew B. Grossman (*Pro Hac Vice*)
Timothy B. Yoo (*Pro Hac Vice*)
Meng Xi (*Pro Hac Vice*)
WILMER CUTLER PICKERING
HALE & DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, California 90071
Phone: (213) 443-5300
Fax: (213) 443-5400
andrew.grossman@wilmerhale.com
timothy.yoo@wilmerhale.com
meng.xi@wilmerhale.com

**Attorneys for Defendants**
**Research In Motion Limited and**
**Research In Motion Corporation**